Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02009-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

584420.1

Defendant Old Republic National Title Insurance Company ("Old Republic") and plaintiff Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Deutsche Bank commenced the action by filing a Complaint on October 9, 2020, in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-20-822776-C);

**WHEREAS**, on October 20, 2020, Deutsche Bank served Old Republic with the complaint pursuant to the executed summons filed on November 4, 2020 (ECF No. 6);

**WHEREAS**, on October 30, 2020, Old Republic filed a Petition of Removal with this Court, based upon diversity jurisdiction (ECF No. 1);

**WHEREAS**, Old Republic's response to the complaint is due on November 10, 2020;

**WHEREAS**, Old Republic is requesting an extension of time to respond to the complaint to afford Old Republic's counsel additional time to review, analyze and respond to Deutsche Bank's complaint;

**WHEREAS,** Deutsche Bank has agreed to extend Old Republic's time to respond to the complaint to December 10, 2020; and

**WHEREAS**, this is the first stipulation for an extension of Old Republic's time to respond to the complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Old Republic shall respond to the complaint on or before December 10, 2020.

2. Old Republic intends to preserve its rights and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b).

DATED this 9th day of November, 2020     DATED this 9th day of November, 2020

WRIGHT FINLAY & ZAK, LLP     EARLY SULLIVAN WRIGHT
                             GIZER & McRAE LLP

By: */s/-Lindsay D. Robbins*               By: */s/-Sophia S. Lau*
    Darren T. Brenner                          Scott E. Gizer
    State Bar No. 8386                         State Bar No. 12216
    Lindsay D. Robbins                         Sophia S. Lau
    State Bar No. 13474                        State Bar No. 13365
    7785 W. Sahara Ave, Suite 200              8716 Spanish Ridge Ave., Ste. 105
    Las Vegas, NV 89117                        Las Vegas, NV 89148

    Attorneys for Plaintiff                    Attorneys for Defendant
    DEUTSCHE BANK NATIONAL                     OLD REPUBLIC NATIONAL TITLE
    TRUST COMPANY, AS INDENTURE                INSURANCE COMPANY
    TRUSTEE UNDER THE INDENTURE
    RELATING TO IMH ASSETS CORP.,
    COLLATERALIZED ASSET-BACKED
    BONDS, SERIES 2005-7

## ORDER

**IT IS SO ORDERED.**

Dated: November 10, 2020      By: _____
                                  UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
584420.1

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

/s/ D'Metria Bolden

D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP

584420.1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**