WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02009-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 15]**<br><br>**[First Request]** |

    Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Deutsche Bank") and Defendant Old Republic National Title Insurance Company ("ORNTIC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

    1. On October 9, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-822776-C [ECF No. 1-1];

2. On October 30, 2020, ORNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On December 10, 2020, ORNTIC filed a Motion to Dismiss [ECF No. 15];

4. Deutsche Bank's deadline to respond to ORNTIC's Motion to Dismiss is currently December 24, 2020;

5. Deutsche Bank's counsel is requesting an extension until January 11, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the pending Motion;

7. Counsel for ORNTIC does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 23rd day of December, 2020. | DATED this 23rd day of December, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Robbins<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7* | /s/ Sophia S. Lau<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Specially-Appearing Defendant Old Republic Title Insurance Group, Inc. and Defendant Old Republic National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 23 day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT