WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02009-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 15]**<br><br>**[Fifth Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Deutsche Bank"), and Defendant Old Republic National Title Insurance Company ("ORNTIC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 9, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-822776-C [ECF No. 1-1];

2. On October 30, 2020, ORNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On December 10, 2020, ORNTIC filed a Motion to Dismiss [ECF No. 15];

4. Deutsche Bank's deadline to respond to ORNTIC's Motion to Dismiss is currently March 11, 2021 [ECF No. 27];

5. Deutsche Bank's counsel is requesting a brief extension until March 18, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow Deutsche Bank additional time to finalize and file its response to the pending Motion in light of the associate attorney for Deutsche Bank currently recovering from contracting the COVID-19 virus.

7. Counsel for ORNTIC does not oppose the requested extension;

8. This is the fifth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 11th day of March, 2021. | DATED this 11th day of March, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| /s/ Lindsay D. Robbins<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7* | /s/ Sophia S. Lau<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Specially-Appearing Defendant Old Republic Title Insurance Group, Inc. and Defendant Old Republic National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 11 day of March, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT