1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Attorneys for Defendant
7  OLD REPUBLIC NATIONAL TITLE INSURANCE
   COMPANY
8

9                    **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11

12  DEUTSCHE BANK NATIONAL TRUST          Case No.: 2:20-cv-02009-GMN-DJA
    COMPANY, AS INDENTURE TRUSTEE
13  UNDER THE INDENTURE RELATING TO       **STIPULATION AND PROPOSED**
    IMH ASSETS CORP., COLLATERALIZED      **ORDER EXTENDING DEFENDANT**
14  ASSET-BACKED BONDS, SERIES 2005-7,    **OLD REPUBLIC NATIONAL TITLE**
                                          **INSURANCE COMPANY'S TIME TO**
15                Plaintiff,              **RESPOND TO DEUTSCHE BANK'S**
                                          **OPPOSTION TO OLD REPUBLIC**
16           vs.                          **NATIONAL TITLE INSURANCE**
                                          **COMPANY'S MOTION TO DISMISS**
17  OLD REPUBLIC TITLE INSURANCE          **[ECF No. 30]**
    GROUP, INC., et al.,
18                                        **(First Request)**
                 Defendants.
19

20

21

22

23

24

25

26

27

28


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS**
604846.1

COMES NOW Defendant Old Republic National Title Insurance Company ("Old Republic") and Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 10, 2020, Old Republic filed a Motion to Dismiss [ECF No. 15];

2. On March 18, 2021, Deutsche Bank filed its response in opposition to Old Republic's motion to dismiss [ECF No. 30];

3. Old Republic's deadline to file its reply memorandum responsive to Deutsche Bank's opposition to Old Republic's motion to dismiss is currently March 25, 2021;

4. Old Republic's counsel is requesting a brief extension of time to file the aforementioned reply memorandum, through and including April 8, 2021, to afford Old Republic's counsel additional time to review, analyze, and respond to the legal arguments set forth in Deutsche Bank's brief;

5. Deutsche Bank does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO STIPULATED** that Old Republic's deadline to respond to Deutsche Bank's opposition to Old Republic's motion to dismiss [ECF No. 30] is hereby extended through and including April 8, 2021.

Dated: March 23, 2021

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: _/s/-- Sophia S. Lau_
    SCOTT E. GIZER
    SOPHIA S. LAU
    Attorneys for Defendant OLD REPUBLIC
    NATIONAL TITLE INSURANC COMPANY

Dated: March 23, 2021

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Robbins_
    DARREN T. BRENNER
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff DEUTSCHE BANK
    NATIONAL TRUST COMPANY

**IT IS SO ORDERED.**

Dated this __23__ day of March, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

4

5

      I hereby certify that on March 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

6

7

      I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

8

9

10

                           */s/ D'Metria Bolden*

11

12

                           D'METRIA BOLDEN
                           An Employee of EARLY SULLIVAN
                           WRIGHT GIZER & McRAE LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

604846.1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS**