Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-cv-02009-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO DEUTSCHE BANK'S OPPOSTION TO OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 30]**<br><br>**(Second Request)** |



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

---

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS

607999.1

COMES NOW Defendant Old Republic National Title Insurance Company ("Old Republic") and Plaintiff Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Deutsche Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 10, 2020, Old Republic filed a Motion to Dismiss [ECF No. 15];

2. On March 18, 2021, Deutsche Bank filed its response in opposition to Old Republic's motion to dismiss [ECF No. 30];

3. Old Republic's deadline to file its reply memorandum responsive to Deutsche Bank's opposition to Old Republic's motion to dismiss is currently April 8, 2021;

4. Old Republic's counsel is requesting a brief extension of time to file the aforementioned reply memorandum, through and including April 15, 2021, to afford Old Republic's counsel additional time to review, analyze, and respond to the legal arguments set forth in Deutsche Bank's brief;

5. Deutsche Bank does not oppose the requested extension;

6. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO STIPULATED** that Old Republic's deadline to respond to Deutsche Bank's opposition to Old Republic's motion to dismiss [ECF No. 30] is hereby extended through and including April 15, 2021.

Dated:  April 5, 2021

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By:   _/s/-- Sophia S. Lau_
    SCOTT E. GIZER
    SOPHIA S. LAU
    Attorneys for Defendant OLD REPUBLIC
    NATIONAL TITLE INSURANC COMPANY

Dated:  April 5, 2021

WRIGHT FINLAY & ZAK, LLP

By:   _/s/-Lindsay D. Robbins_
    DARREN T. BRENNER
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff DEUTSCHE BANK
    NATIONAL TRUST COMPANY

**IT IS SO ORDERED:**

Dated:   April 6, 2021

By:_____
    UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS
607999.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

      I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

          */s/ D'Metria Bolden*

        D'METRIA BOLDEN
        An Employee of EARLY SULLIVAN
        WRIGHT GIZER & McRAE LLP

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS

607999.1