WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02009-ART-DJA<br><br>**ORDER APPROVING STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 ("Plaintiff") and Defendants, Old Republic Title Insurance Group, Inc. and Old Republic National Title Insurance Company ("Defendants"), by and through their undersigned counsel, stipulate and agree as follows:

    1.    On January 19, 2023, the Parties filed their Notice of Settlement [ECF No. 44].

    2.    On January 20, 2023, the Court filed a Minute Order advising that the Parties shall have until March 21, 2023, to file a proposed order to dismiss this action or a joint status report

regarding settlement [ECF No. 45].

3. While a settlement agreement has been drafted, the Parties need additional time to review and finalize. The Parties request an additional sixty (60) days, through and including May 22, 2023, to file a stipulation or motion to dismiss this action.

4. Counsel for Defendants does not oppose the requested extension.

5. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 20th day of March, 2023.   DATED this 20th day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP   EARLY SULLIVAN WRIGHT
                                                                    GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*   */s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.   Sophia S. Lau, Esq.
Nevada Bar No. 13474   Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200   8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117   Las Vegas, Nevada 89148
*Attorney for Plaintiff, Deutsche Bank*   *Attorneys for Defendants, Old Republic Title*
*National Trust Company, as Indenture*   *Insurance Group, Inc. and Old Republic*
*Trustee Under the Indenture Relating to IMH*   *National Title Insurance Company*
*Assets Corp., Collateralized Asset-Backed*
*Bonds, Series 2005-7*

**IT IS SO ORDERED.**

Dated this  21st  day of    March   , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE