**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02009-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7 and Defendants, Old Republic Title Insurance Group, Inc. and Old Republic National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 13th day of September, 2023.   DATED this 13th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP   EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*   */s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.   Sophia S. Lau, Esq.
Nevada Bar No. 13474   Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200   8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117   Las Vegas, Nevada 89148
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-7*   *Attorneys for Defendants, Old Republic Title Insurance Group, Inc. and Old Republic National Title Insurance Company*

**IT IS SO ORDERED.**

DATED: September 14, 2023.   _____
Anne R. Traum
United States District Court Judge